CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant
ERIC MURRELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-00012 GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |
| ERIC MURRELL | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that Judgment and Sentencing scheduled for April 28, 2017, at 9:00 a.m., is continued to May 19, 2017, at 9:00 a.m., in the same courtroom. Probation has also been informed of the continuance request. Roger Yang, Assistant United States Attorney, and Candice L. Fields, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

Dated: April 18, 2017  　　　　　*/s/ Candice L. Fields*
　　　　　　　　　　　　　　　　　CANDICE L. FIELDS
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　ERIC MURRELL

1   STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING

Dated: April 18, 2017

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Candice L. Fields* for
ROGER YANG
Assistant United States Attorney

**IT IS SO ORDERED.**

**Dated: April 20, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge